AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22-mj-00538-DJA |
| | ) | |
| BARDOLPH MCCONNELL | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Western District of Washington | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __Jul 8, 2022__

_____
*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge
_____
*Printed name and title*



```
____FILED              ____RECEIVED
____ENTERED            ____SERVED ON
         COUNSEL/PARTIES OF RECORD

           JUL - 8 2022

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____DEPUTY
```